**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Case No. 1:20-op-45228-DAP*<br><br>JOLENE MANCHEN, INDIVIDUALLY AND AS NEXT FRIEND AND GUARDIAN OF BABY L.M.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, *et al.*<br><br>Defendants. | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Jolene Manchen and Baby L.M. hereby voluntarily dismiss without prejudice all of their claims against defendant Indivior only.

Dated: August 3, 2026

Respectfully submitted,

*/s/ Marc E. Dann*

Marc E. Dann (0039425)
DANNLAW
15000 Madison Avenue
Cleveland, OH 44107
(216) 373-0539
(216) 373-0536 (facsimile)
mdann@dannlaw.com

Victor Cobb
COOPER LAW FIRM, LLC
824 Elmwood Park Boulevard, Suite 130
Harahan, LA 70123
Telephone: (504) 399-0009
Facsimile: 504-309-6989

Jack Harang
HARANG LAW FIRM
2433 Taffy Dr.
Kenner, LA, 70065
Telephone: (504) 810-4734

Stephen P. New
The Law Office of Stephen P. New
114 Main Street
Beckley, WV 25801
304-250-6017
304-250-6012 (facsimile)
steve@newlawoffice.com

Scott R. Bickford
MARTZELL, BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
Email: srb@mbfirm.com

Kevin W. Thompson
David R. Barney, Jr.
THOMPSON BARNEY LAW FIRM
2030 Kanawha Boulevard,
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@thompsonbarneylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE* was filed with the Court electronically and served via all parties via the Court's CM/ECF system on August 3, 2026.

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
DANNLAW